UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**TONY FORET, SR.**                                                                 **CIVIL ACTION**

**VERSUS**                                                                           **NO: 10-2931-SSV-SS**

**BORDELON MARINE, INC., et al**

### ORDER

DEFENDANT'S MOTION TO QUASH (Rec. doc. 50)

    **GRANTED**

DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION

    **GRANTED**

    The defendant, Bordelon Marine, Inc. ("Bordelon Marine"), filed a motion to set aside default judgment. Rec. doc. 11. The District Judge scheduled an evidentiary hearing because the motion may turn on factual determinations, particularly as to the credibility of Wesley Bordelon, the registered agent for service of process of Bordelon Marine, and Steven Boudreaux, the process server. Bordelon Marine sought to depose the plaintiff, Toney Foret, Sr. ("Foret"), in preparation of the hearing. Foret's motion to quash was granted (Rec. docs. 53 and 54) because Foret's credibility was not an issue.

    Foret noticed the depositions and issued subpoenas duces tecum for Bordelon Marine, Wesley Bordelon, Norma Broussard, Mike Belanger, David Barras, Stephen Cheramie, Daniel Christian, David Blackburn and Taylor Guidry. The depositions were noticed on March 11, 2011 for March 18, 2011. Bordelon Marine contends that these depositions and subpoenas should be quashed for the same reasons advanced by Foret in his motion to quash his deposition. For example,

Foret contended that his deposition should be quashed because the parties had not conducted a Fed. R. Civ. P. 26(f) conference, he had not received Bordelon Marine's initial disclosures, and Foret's counsel was not available on March 16, 2011.

Foret contends that all of the information sought by him is relevant to the hearing on March 21, 2011. He cites the affidavits of Wesley Bordelon as demonstrating the need for this information. The first affidavit was filed on November 19, 2011. Rec. doc. 11. The others were filed on December 14, 2010 and January 6, 2011. Rec. docs. 18 and 26. The order scheduling an evidentiary hearing was issued on January 28, 2011. The depositions were noticed for the last working day before the hearing. Foret's discovery is not timely.

The District Judge's order demonstrates that the evidentiary hearing is focused on the issue raised by the motion to set aside the entry of default. It is not a full blown trial on the merits.

IT IS ORDERED that: (1) Bordelon Marine's motion to quash and for protective order (Rec. doc. 50) is GRANTED; and (2) its motion for expedited consideration (Rec. doc. 51) is GRANTED.

New Orleans, Louisiana, this 17th day of March, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**